<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____     Chapter __**11**__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Whitehead Farms, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4442249** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **29 Flagrun Road**<br>**Lewiston Woodville, NC 27849**<br>Number, Street, City, State & ZIP Code | **PO Box 424**<br>**Lewiston Woodville, NC 27849**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Bertie**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Whitehead Farms, LLC**

Name

Case number (*if known*)

---

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor   **Whitehead Farms, LLC**
_____   Case number (_if known_) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in _this district_?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply_.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Whitehead Farms, LLC**          Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Whitehead Farms, LLC** | | Case number (*if known*) | |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  5, 2025**
              MM / DD / YYYY

**X** **/s/ Austin Whitehead**                          **Austin Whitehead**
Signature of authorized representative of debtor          Printed name

Title   **Member Manager**

**18. Signature of attorney**

**X** **/s/ George Mason Oliver**                 Date **August  5, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**George Mason Oliver 26587**
Printed name

**The Law Offices of**
Firm name

**George Oliver, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
Number, Street, City, State & ZIP Code

Contact phone   **252-633-1930**        Email address

**26587 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Whitehead Farms, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 5, 2025**    X **/s/ Austin Whitehead**
                                      Signature of individual signing on behalf of debtor

                                        **Austin Whitehead**
                                        Printed name

                                        **Member Manager**
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Whitehead Farms, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AgAmerica c/o Corporation Service 801 Adlai Stevenson Dr. Springfield, IL 62703** | | | | | | $219,253.15 |
| **Capital One P.O. Box 71087 Charlotte, NC 28272-1087** | | | | | | $3,366.64 |
| **John Deere Financial Attn: Managing Agent PO Box 6600 Johnston, IA 50131-6600** | | UCC 4523A - 5065 Tractor (S/N 2609) | | $16,000.00 | $15,000.00 | $1,000.00 |

---

**Fill in this information to identify the case:**

Debtor name  **Whitehead Farms, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
    amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                         12/15

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*............................................................................................ $ _____ **0.00**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*......................................................................................... $ _____ **840,000.00**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................................................ $ _____ **840,000.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ **646,120.05**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ _____ **222,619.79**

4. Total liabilities ......................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ **868,739.84**

**Fill in this information to identify the case:**

Debtor name **Whitehead Farms, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Southern Bank and Trust (Windsor, NC)** | Checking | 9725 | $11,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | $11,000.00 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor    **Whitehead Farms, LLC**                    Case number *(If known)* _____
          Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops-either planted or harvested** | | | |
| **29. Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| **30. Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| Case IH7240 | **Unknown** | | **$60,000.00** |
| John Deere 1720 Planter | **Unknown** | | **$25,000.00** |
| Case 496 Disk | **Unknown** | | **$5,000.00** |
| DMI Ripper | **Unknown** | | **$6,000.00** |
| Case V Ripper | **Unknown** | | **$6,000.00** |
| KMC 8 Row Plow | **Unknown** | | **$3,500.00** |
| Nitrogen Rig | **Unknown** | | **$8,000.00** |
| 4 Row Plow | **Unknown** | | **$2,500.00** |
| 14ft Box Blade | **Unknown** | | **$5,000.00** |
| 12 Yard Dirt Pan | **Unknown** | | **$20,000.00** |
| 20ft Box Blade | **Unknown** | | **$15,000.00** |
| Water Furrow Cutter | **Unknown** | | **$2,500.00** |
| Water Barrel | **Unknown** | | **$8,000.00** |
| Nitrogen Tanks | **Unknown** | | **$30,000.00** |

Debtor    **Whitehead Farms, LLC**                                  Case number *(If known)* _____
           Name

| | | |
|---|---|---|
| Fuel Tanks | Unknown | $4,000.00 |
| 10 Ton Trailer | Unknown | $6,000.00 |
| Excavator Attachments | Unknown | $20,000.00 |
| Root Rake | Unknown | $3,000.00 |
| Trimble GPS Equipment | Unknown | $17,000.00 |
| John Deere 4630 | Unknown | $50,000.00 |
| Bush Hog 2720 | Unknown | $15,500.00 |
| John Deere 4650 | Unknown | $25,000.00 |
| Harrell Module Builder | Unknown | $2,000.00 |
| KBH Bolt Buggy | Unknown | $2,500.00 |
| John Deere 9965 | Unknown | $12,000.00 |
| John Deere Batwing/Flexwing Mower FC12 (S/N 0142) | Unknown | $16,500.00 |
| Reddick Hooded Sprayer | Unknown | $2,000.00 |
| EZ Trail Grain Cart | Unknown | $7,500.00 |
| John Deere Tractor 5065E (S/N 2609) | Unknown | $34,000.00 |
| John Deere 520M | Unknown | $7,000.00 |
| UCC 9882A - John Deere 160G LC | Unknown | $70,000.00 |
| John Deere Bulldozer 550K (S/N 3908) | Unknown | $95,000.00 |
| Caterpillar Track Loader 299D3/HM316 w/ Mulcher (S/N 9262, 0599) | Unknown | $130,000.00 |
| Gator Utility Vehicle XUV8 | Unknown | $20,000.00 |

Debtor    **Whitehead Farms, LLC**                                   Case number *(If known)* _____
           Name

| | | | |
|---|---|---|---|
| **GreenStar 2630 GPS Display (S/N 2765)** | **Unknown** | | **$3,000.00** |
| **Starfire 3000 Receiver (S/N 3139)** | **Unknown** | | **$3,000.00** |

31.   **Farm and fishing supplies, chemicals, and feed**

32.   **Other farming and fishing-related property not already listed in Part 6**

33.   **Total of Part 6.**                                                          $741,500.00

      Add lines 28 through 32.  Copy the total to line 85.

34.   **Is the debtor a member of an agricultural cooperative?**
      ■ No
      ☐ Yes.  Is any of the debtor's property stored at the cooperative?
                  ☐ No
                  ☐ Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**
      ■ No
      ☐ Yes

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ■ No.  Go to Part 8.
      ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.  Go to Part 9.
      ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **GMC Truck** | **Unknown** | | **$7,500.00** |
| 47.2.   **International 4900** | **Unknown** | | **$25,000.00** |
| 47.3.   **PMSI - 2021 Ford F250 Truck** | **Unknown** | | **$55,000.00** |

| Debtor | **Whitehead Farms, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | $87,500.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Tom Bazemore**<br>**In care of Don**<br>**Johnston Forestry**<br>**P.O.Box 308**<br>**Roxobel NC 27872** | **Lease contract** | **$0.00** | | **$0.00** |
| 55.2. **William Early-**<br>**1116 Hexlena Rd.**<br>**Aulander NC 27805** | **Verbal Lease Agreement** | **$0.00** | | **$0.00** |
| 55.3. **Trophy Club**<br>**P.O. Box 1677**<br>**Morehead City NC 28557** | **Verbal Lease Agreement** | **$0.00** | | **$0.00** |
| 55.4. **Nancy Jerigan**<br>**2427 Charles Taylor Rd**<br>**Aulander NC 27805** | **Verbal Lease Agreement** | **$0.00** | | **$0.00** |

Debtor    **Whitehead Farms, LLC**                                    Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 55.5. | **Reginald Early**<br>**1212 Tennyson Ln**<br>**Windsor NC 27983** | _____ | $0.00 | $0.00 |
| 55.6. | **Carolina Gilliam**<br>**4,384.50**<br>**507 S Main St Apt 104**<br>**Woodland NC 27897** | Lease Contract | $0.00 | $0.00 |
| 55.7. | **Shelia Lee**<br>**3600 Random Dr**<br>**Durham NC 27713** | _____ | $0.00 | $0.00 |
| 55.8. | **Carolyn Walton**<br>**58 Colonial Way**<br>**Chesapeake VA**<br>**23325** | _____ | Unknown | $0.00 |

56.    **Total of Part 9.**                                                                          | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Whitehead Farms, LLC**                              Case number *(if known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $741,500.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $87,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $840,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $840,000.00 |

**Fill in this information to identify the case:**

Debtor name **Whitehead Farms, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **AgriFund, LLC (ARM)** | | **$74,452.67** | **$829,000.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Officer/Agent/Mng Agent**
**310 B. Bratton Dr.**
**Garner, NC 27529**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC 4734A - lien on farm products including crops, inventory, equipment, crop insurance, gov. farm payments, insurance and other intangibles, all products and proceeds**

**Describe the lien**
**UCC 4734A**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**4.15.2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Caterpillar** | | $93,713.03 | $130,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent**
**PO Box 340001**
**Nashville, TN 37203-0001**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC Lien 2588J - (1) Track Loader 29939 (S/N 9262); (2) Mulcher MH316 (S/N 0599)**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1809**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Whitehead Farms, LLC** | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Credit** | | | | |
|-----|-----------------|--|--|--|--|

Creditor's Name

**Attn: Managing Agent**
**PO Box 35911**
**Cleveland, OH 44135-0911**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5854**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**PMSI - 2021 Ford F250 Truck**

$33,488.27   $55,000.00

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Harvey Fertilizer and Gas Co.** | | | | |
|-----|-----------------------------------|--|--|--|--|

Creditor's Name

**Attn: Managing Agent**
**PO Box 189**
**Kinston, NC 28502**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0030**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC 4779M - lien on all farm products including crops, all inventory, all contract rights, all accounts, general intangibles, gov. program payments, all equipment, vehicles**

$178,860.46   $829,000.00

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Harvey Fertilizer and Gas Co.** | | | | |
|-----|-----------------------------------|--|--|--|--|

Creditor's Name

**Attn: Officer/Agent/Mng Agent**
**PO Box 189**
**Kinston, NC 28502**

**Describe debtor's property that is subject to a lien**
**UCC 4779M - lien on all farm products including crops, all inventory, all contract rights, all accounts, general intangibles, gov. program payments, all equipment, vehicles**

$152,396.63   $829,000.00

---

Debtor **Whitehead Farms, LLC**                                Case number (if known) _____

_____
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **UCC 4779M** |
| | **Is the creditor an insider or related party?** |
| _____ | |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **4.15.2024** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **0037** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $4,322.37 | $20,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **UCC 3911M - Gator Utility Vehicle XUV8** | | |
| | **Attn: Manager or Agent** | | | |
| | **PO Box 6600** | | | |
| | **Johnston, IA 50131** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Purchase Money Security** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **5089** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.7 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $13,530.96 | $56,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **UCC 4502J - John Deere 4630 Sprayer (S/N 3255); Greenstar 2630 GPS Display (S/N 2765); Display Activation GS2-GS3 (S/N 10000); Starfire 3000 Receiver (S/N 3139)** | | |
| | **Attn: Managing Agent** | | | |
| | **PO Box 6600** | | | |
| | **Johnston, IA 50131-6600** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Purchase Money Security** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **8051** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 6

Debtor **Whitehead Farms, LLC**                                    Case number (if known) _____
     Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $3,679.24 | $16,500.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
PO Box 6600
Johnston, IA 50131-6600**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
6335**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**UCC 8407H - John Deere Batwing/Flexwing
Mower FC12 (S/N 0142)**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $24,520.08 | $95,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
PO Box 6600
Johnston, IA 50131-6600**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
4078**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**UCC 7604F - John Deere Bulldozer 550K (S/N
3908)**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $16,000.00 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
PO Box 6600
Johnston, IA 50131-6600**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC 4523A - 5065 Tractor (S/N 2609)**

**Describe the lien**
**Purchase Money Security**

---

Debtor  **Whitehead Farms, LLC**                                    Case number (if known) _____
        Name

|                                                              | Is the creditor an insider or related party? |
| ------------------------------------------------------------ | --- |
| _____                            | ■ No |
| Creditor's email address, if known                           | ☐ Yes |
|                                                              | Is anyone else liable on this claim? |
| **Date debt was incurred**                                   | ■ No |
|                                                              | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** 2723                     | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ■ No                                                         | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|                                                              | ☐ Disputed |

---

| 2.1 1 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $533.81 | $70,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Attn: Managing Agent
PO Box 6600
Johnston, IA 50131-6600**
Creditor's mailing address

**UCC 9882A - John Deere 160G LC**

Describe the lien
**Purchase Money Security**

| | Is the creditor an insider or related party? |
| --- | --- |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** 1219 | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Whitehead Cattle Co., LLC** | Describe debtor's property that is subject to a lien | $28,827.53 | $829,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Attn: Managing Agent
PO Box 424
Lewiston Woodville, NC 27849**
Creditor's mailing address

**Promissory Note and Security Agreement**

Describe the lien

| | Is the creditor an insider or related party? |
| --- | --- |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |

Debtor   **Whitehead Farms, LLC**                                    Case number (if known) _____
_____
Name

■ No
□ Yes. Specify each creditor,
including this creditor and its relative
priority.

□ Contingent
□ Unliquidated
□ Disputed

---

| 2.1 3 | **Whitehead Drainage Co., LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent**
**PO Box 424**
**Lewiston Woodville, NC**
**27849**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
□ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien          $21,795.00          $829,000.00
**Promissory Note and Security Agreement**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
□ Yes

**Is anyone else liable on this claim?**

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $646,120.05

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **John Deere**<br>**c/o Corporation Service**<br>**801 Adlai Stevenson Dr.**<br>**Springfield, IL 62703** | Line  2.6 | |
| **John Deere Financial Xml**<br>**Attn: Managing Agent**<br>**PO Box 6630**<br>**Johnston, IA 50131** | Line  2.6 | |
| **Lien Solutions/Caterpillar**<br>**c/o john James**<br>**2929 Allen Pkwy Ste 3300**<br>**Houston, TX 77019** | Line  2.2 | |

---

**Fill in this information to identify the case:**

Debtor name   **Whitehead Farms, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address **AgAmerica** **c/o Corporation Service** **801 Adlai Stevenson Dr.** **Springfield, IL 62703** Date(s) debt was incurred _ Last 4 digits of account number  **4621** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | | **$219,253.15** |
| 3.2 | Nonpriority creditor's name and mailing address **Capital One** **P.O. Box 71087** **Charlotte, NC 28272-1087** Date(s) debt was incurred _ Last 4 digits of account number  **6752** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | | **$3,366.64** |

### Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  0.00 |
| 5b. Total claims from Part 2 | 5b. + | $  222,619.79 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $  222,619.79 |

**Fill in this information to identify the case:**

Debtor name __**Whitehead Farms, LLC**__

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NORTH CAROLINA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest · **Written Contract**<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | **Carolina Gilliam**<br>**507 S. Main St**<br>**Apt. 104**<br>**Woodland, NC 27897** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest · **Verbal Agreement**<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | **Carolyn Walton**<br>**58 Colonial Way**<br>**Chesapeake, VA 23325** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest · **Verbal Agreement**<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | **Nancy Jerigan**<br>**2427 Charles Taylor Rd**<br>**Aulander, NC 27805** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | **Reginald Early**<br>**1212 Tennyson Ln**<br>**Windsor, NC 27983** |

Debtor 1    **Whitehead Farms, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Shelia Lee** |
| | List the contract number of any government contract | | **3600 Random Dr.**<br>**Durham, NC 27713** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Written Contract** | |
|---|---|---|---|
| | State the term remaining | | **Tom Brazemore**<br>**c/o Don Johnston Forestry** |
| | List the contract number of any government contract | | **P.O. Box 308**<br>**Roxobel, NC 27872** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Trophy Club** |
| | List the contract number of any government contract | | **P.O. Box 1677**<br>**Morehead City, NC 28557** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal Agreement** | |
|---|---|---|---|
| | State the term remaining | | **William Early** |
| | List the contract number of any government contract | | **1116 Hexlena Rd**<br>**Aulander, NC 27805** |

**Fill in this information to identify the case:**

Debtor name __Whitehead Farms, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Austin Whitehead | 3309 Governors Rd. Lewiston Woodville, NC 27849 | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Austin Whitehead | 3309 Governors Rd. Lewiston Woodville, NC 27849 | AgriFund, LLC (ARM) | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Austin Whitehead | 3309 Governors Rd. Lewiston Woodville, NC 27849 | Harvey Fertilizer and Gas Co. | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Austin Whitehead | 3309 Governors Rd. Lewiston Woodville, NC 27849 | Harvey Fertilizer and Gas Co. | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Austin Whitehead | 3309 Governors Rd. Lewiston Woodville, NC 27849 | AgAmerica | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |

Debtor    **Whitehead Farms, LLC**                                Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
| --- | --- | --- |

2.6    **Austin**          **3309 Governors Rd.**          **Capital One**          ☐ D _____
       **Whitehead**       **Lewiston Woodville, NC 27849**                        ■ E/F ___3.2___
                                                                                   ☐ G _____

**Fill in this information to identify the case:**

Debtor name   **Whitehead Farms, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$151,947.44** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$132,770.95** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$353,997.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Whitehead Farms, LLC** | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Austin Whitehead**<br><br>        **Member/Manager** | **July 2024 - June 2025** | **$46,215.16** | **In lieu of compensation** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Harvey Fertilizer v. Debtor and Austin Whitehead 25CV003708-730** | **Complaint** | **Pitt County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Agrifund v. Debtor, Austin Whitehead, et al 25Cv0011920-070** | **Complaint** | **Bertie County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Whitehead Farms, LLC**                                                    Case number *(if known)*

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
    |---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|
    | 11.1.   **The Law Offices of George Oliver, PLLC<br>PO Box 1548<br>New Bern, NC 28563** | | **03/31/2025<br>08/01/2025<br>08/04/2025** | **$22,308.50** |
    | **Email or website address** | | | |
    | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

    | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
    |---|---|---|---|

## Part 7:   Previous Locations

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Whitehead Farms, LLC**                                    Case number *(if known)*

---

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

   | | Address | Dates of occupancy From-To |
   |---|---|---|
   | 14.1. | **3309 Governors Rd.**<br>**Lewiston Woodville, NC 27849** | **12/2024 to Present** |

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

   | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
   |---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

   | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
   |---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

   | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
   |---|---|---|---|

Debtor    **Whitehead Farms, LLC**                                Case number *(if known)*

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Whitehead Farms, LLC**                                            Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Austin Whitehead** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **ARM** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Austin Whitehead** | | **Member/Manager** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Whitehead Farms, LLC**                                Case number *(if known)*

loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Austin Whitehead** | **$46,215.16** | **July 2024 - July 2025** | **In lieu of compensation** |
|  | Relationship to debtor **Member/Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  5, 2025**

**/s/ Austin Whitehead**                                    **Austin Whitehead**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Member Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

**In the Matter of:**                                                          **Chapter 11**
**WHITEHEAD FARMS, LLC**                                        **Case No.:**
**Debtor**.

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept                          $Amount unknown
                                                                                          (To be determined by the Court)

Prior to filing this statement, I have received                    $ 22,308.50

In addition, I am holding in trust for                                  $0.00

Attorney's fees

Balance Due
             Remaining balance                                               $Amount unknown
                                                                                          (To be determined by the Court)

2.      The source of compensation paid to me is:

        [X] Debtor                                        [ ] Other (specify)

3.      The source of compensation to be paid to me is:

        [X] Debtor                                        [ ] Other (specify)

4.      [X]      I have not agreed to share the above-disclosed compensation with any other
                   person unless they are members and associates of my law firm.

        [ ]      I have agreed to share the above-disclosed compensation with a person or persons
                   who are not members or associates of my law firm.  A copy of the agreement,
                   together with a list of the names of the people sharing in the compensation, is
                   attached.

5.      In return for the above disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)      Analysis of the Debtor's financial situation and rendering advice and assistance to the Debtor in determining whether to file a petition under Title 11, United States Code;

    b)      Preparation and filing of any petition, schedule, statement of financial affairs, and other documents required by the court;

    c)      Representation of the Debtor at the meeting of creditors, confirmation hearing, and any related hearings;

    d)      Representation of the Debtor in adversary proceedings and other contested bankruptcy matters;

    e)      Additional fees to be approved by the Bankruptcy Court

6.      By agreement with the Debtor, the above disclosed fee does not include the following services:

Not applicable

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the Debtor in this bankruptcy proceeding.

This the 5th day of August, 2025.

s/George Mason Oliver
GEORGE MASON OLIVER
N.C. State Bar No. 26587
THE LAW OFFICES OF
GEORGE OLIVER, PLLC
PO Box 1548
New Bern, NC 28563
252-633-1930
252-633-1950 (fax)
Email:  george@olivercheek.com
*Attorney for Debtor*

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Whitehead Farms, LLC**

Debtor(s)

Case No.
Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Austin Whitehead**<br>**PO Box 424**<br>**Lewiston Woodville, NC 27849** | | **100** | **Member/Manager** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August  5, 2025**

Signature   **/s/ Austin Whitehead**

**Austin Whitehead**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Whitehead Farms, LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August  5, 2025**

**/s/ Austin Whitehead**

**Austin Whitehead/Member Manager**
Signer/Title

WHITEHEAD FARMS, LLC
PO BOX 424
LEWISTON WOODVILLE, NC 27849

GEORGE MASON OLIVER
THE LAW OFFICES OF
GEORGE OLIVER, PLLC
PO BOX 1548
NEW BERN, NC 28563

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

UNITED STATES ATTORNEY
150 FAYETTEVILLE STREET
SUITE 2100
RALEIGH, NC 27601

US SECURITIES & EXCHANGE
ATTN: MANAGER OR AGENT
950 E. PACES FERRY RD., NE STE 900
ATLANTA, GA 30326-1382

NC DEPT OF COMMERCE
ATTN: SHARON A. JOHNSTON
PO BOX 25903
RALEIGH, NC 27611

NC DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH, NC 27602-1168

INTERNAL REVENUE SERVICE
ATTN: MANAGER OR AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

AGAMERICA
C/O CORPORATION SERVICE
801 ADLAI STEVENSON DR.
SPRINGFIELD, IL 62703

AGRIFUND, LLC (ARM)
ATTN: OFFICER/AGENT/MNG AGENT
310 B. BRATTON DR.
GARNER, NC 27529

AUSTIN WHITEHEAD
3309 GOVERNORS RD.
LEWISTON WOODVILLE, NC 27849

CAPITAL ONE
P.O. BOX 71087
CHARLOTTE, NC 28272-1087

CAROLINA GILLIAM
507 S. MAIN ST
APT. 104
WOODLAND, NC 27897

CAROLYN WALTON
58 COLONIAL WAY
CHESAPEAKE, VA 23325

CATERPILLAR
ATTN: MANAGING AGENT
PO BOX 340001
NASHVILLE, TN 37203-0001

FORD CREDIT
ATTN: MANAGING AGENT
PO BOX 35911
CLEVELAND, OH 44135-0911

HARVEY FERTILIZER AND GAS CO.
ATTN: MANAGING AGENT
PO BOX 189
KINSTON, NC 28502

HARVEY FERTILIZER AND GAS C
ATTN: OFFICER/AGENT/MNG AGE
PO BOX 189
KINSTON, NC 28502

JOHN DEERE
C/O CORPORATION SERVICE
801 ADLAI STEVENSON DR.
SPRINGFIELD, IL 62703

JOHN DEERE FINANCIAL
ATTN:  MANAGER OR AGENT
PO BOX 6600
JOHNSTON, IA 50131

JOHN DEERE FINANCIAL
ATTN: MANAGING AGENT
PO BOX 6600
JOHNSTON, IA 50131-6600

JOHN DEERE FINANCIAL XML
ATTN: MANAGING AGENT
PO BOX 6630
JOHNSTON, IA 50131

LIEN SOLUTIONS/CATERPILLAR
C/O JOHN JAMES
2929 ALLEN PKWY STE 3300
HOUSTON, TX 77019

NANCY JERIGAN
2427 CHARLES TAYLOR RD
AULANDER, NC 27805

REGINALD EARLY
1212 TENNYSON LN
WINDSOR, NC 27983

SHELIA LEE
3600 RANDOM DR.
DURHAM, NC 27713

TOM BRAZEMORE
C/O DON JOHNSTON FORESTRY
P.O. BOX 308
ROXOBEL, NC 27872

TROPHY CLUB
P.O. BOX 1677
MOREHEAD CITY, NC 28557

WHITEHEAD CATTLE CO., LLC
ATTN: MANAGING AGENT
PO BOX 424
LEWISTON WOODVILLE, NC 27849

WHITEHEAD DRAINAGE CO., LLC
ATTN: MANAGING AGENT
PO BOX 424
LEWISTON WOODVILLE, NC 27849

AUSTIN WHITEHEAD
PO BOX 424
LEWISTON WOODVILLE, NC 27849

WILLIAM EARLY
1116 HEXLENA RD
AULANDER, NC 27805

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Whitehead Farms, LLC** _____

Debtor(s)

Case No. _____

Chapter  **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Whitehead Farms, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  5, 2025** _____
Date

**/s/ George Mason Oliver** _____
**George Mason Oliver 26587**
Signature of Attorney or Litigant
Counsel for  **Whitehead Farms, LLC** _____
**The Law Offices of**
**George Oliver, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
**252-633-1930 Fax:252-633-1950**